**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kadeem Johnson, Appellant.

Appellate Case No. 2012-212033

———————————

Appeal From Sumter County
W. Jeffrey Young, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-331
Submitted July 1, 2013 – Filed July 31, 2013

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.